**Donald Eugene TAYLOR, Petitioner-Appellant,**

v.

**STATE OF TEXAS, et al., Respondents-Appellees.**

No. 71-2056

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1971.

* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y., et al., 431 F.2d 409, Part I (5th Cir. 1970).

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

2. The contentions presented by the appellant in his habeas petition are: (1) he is entitled to credit on his sentence for time spent while on parole; and (2) he is not required to exhaust state remedies prior to filing a Federal habeas petition because Art. 11.07, Vernon's Ann. Texas Code of Criminal Procedure is unconstitutional, and therefore an inadequate and ineffective State remedy.

